IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ESCOBAR,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., et al.,<br><br>    Defendants. | No. C 09-5415 CRB<br><br>**ORDER STAYING CASE** |

This Court is in receipt of the parties' joint case management statement. The parties are in agreement that this action should be stayed in conjunction with the stay previously entered in Ellison v. Autozone, Inc., No. C 06-7522 (N.D. Cal.). This Court agrees, and therefore orders that this action be STAYED until June 4, 2010, or until such earlier time as the California Supreme Court issues its decision in the matter of Brinker Restaurant Corp. v. Superior Court, 85 Cal. Rptr. 3d 688 (2008).

**IT IS SO ORDERED.**

Dated: March 2, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5415\Stay Order.wpd