IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ESCOBAR,<br><br>      Plaintiff,<br><br>  v.<br><br>AUTOZONE, INC., et al.,<br><br>      Defendants.                / | No. C 09-5415 CRB<br><br>**ORDER TO SHOW CAUSE** |

At the case management conference held on June 3, 2011, the Court ordered all counsel to appear at the case management conference scheduled for June 16, 2011. See Minutes (dkt. 18). Plaintiff Escobar was further ordered to show cause why her case should not be dismissed for failure to comply with Federal Rule of Civil Procedure 26. Id. Despite these orders, Plaintiff did not appear at the June 16, 2011 case management conference and did not otherwise respond to the show cause order.

Plaintiff Escobar (or her counsel) is therefore ORDERED to appear in person on Wednesday, June 22, 2011 at 10:00 a.m. in order to show cause why her case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 20, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE