IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA ESCOBAR,

    Plaintiff,

v.

AUTOZONE, INC., et al.,

    Defendants.

No. C 09-5415 CRB

**ORDER DISMISSING CASE**

Plaintiff failed to appear at the case management conference held on June 16, 2011, and the show cause hearing held on June 22, 2011, despite having been ordered to do so. See dkts. 18, 20. Accordingly, as the Court held from the bench at the June 22, 2011 hearing, Plaintiff's case is DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 23, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE